1072

No. 98–861. MILLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–866. RUSSO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–870. REHMAN v. ECC INTERNATIONAL CORP. C. A. 11th Cir. Certiorari denied.

No. 98–882. MURTARI v. MURTARI. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 98–886. TINDOL v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 98–890. ESTATE OF DELAUNE, DECEASED, ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–892. SAVOIE ET AL. v. RODNEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–895. IVERY v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 98–904. NARAYAN v. ST. CHARLES HOSPITAL. C. A. 6th Cir. Certiorari denied.

No. 98–931. GRANT ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–938. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5144. COOPER v. UNITED STATES; and
No. 98–5191. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 132 F. 3d 1400.

No. 98–5406. MCKITTRICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5433. BAUSCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5496. NYESTE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.